IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **RICHARD BRIAN THOMPSON,** ) | |
| ) | |
| **Plaintiff,** ) | CIVIL ACTION |
| ) | |
| v. ) | No. 25-2497-KHV |
| ) | |
| **LAURA HOWARD, in her official and individual** ) | |
| **capacity as Secretary of the Kansas Department** ) | |
| **for Children and Families, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

For substantially the reasons stated in the Memorandum And Order (Doc. #35) filed November 19, 2025, the Court strikes Plaintiff's Consolidated Response In Opposition To Defendant Harshbarger's Motion To Dismiss And Motion For Summary Judgment And For Dismissal Of Defendants' Motion To Dismiss As Procedurally Barred Under Federal Supremacy, Waiver, Forfeiture And Admission By Silence (Doc. #33, re-filed as Doc. #34) filed November 17, 2025. **On or before December 5, 2025, plaintiff shall respond to the Motion To Dismiss Plaintiff's Complaint Filed By Defendants Laura Howard, Secretary For The Kansas Department For Children And Families, Kelly Milner, Jessica Kline, Julie Homolka, Angela Helmuth, And Nicolas Kennedy, In Their Official And Individual Capacities As Employees Of KDCF And Memorandum In Support Of Same (Doc. #25) and Defendant Jenni Harshbarger, Ph.D.'s Motion To Dismiss Plaintiff's Complaint For Failure To State A Claim (Doc. #26). Each response shall comply with District of Kansas rules and the Memorandum And Order (Doc. #35) filed November 19, 2025 and shall not exceed 15 pages.**

IT IS SO ORDERED.

Dated this 19th day of November, 2025 at Kansas City, Kansas.

s/ Kathryn H. Vratil  
KATHRYN H. VRATIL  
United States District Judge